UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     2:22-cv-07025-JWH-AJR					Date:  August 10, 2023
									Page 1 of 2

Title:	Michael Robinson v. CSAT-F State Prison at Corcoran, et. al.

DOCKET ENTRY:	**ORDER TO SHOW CAUSE RE FAILURE TO FILE TIMELY OPPOSITION AND WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On September 27, 2022, Michael Robinson ("Petitioner"), a California state prisoner proceeding *pro se*, filed a habeas petition pursuant to 28 U.S.C. § 2254.  (Dkt. No. 1.)  On June 27, 2023, Bryan D. Phillips ("Respondent") filed a Motion to Dismiss the petition on the basis that Petitioner's claims are not cognizable in these proceedings.  (Dkt. No. 21.)  Petitioner's Opposition to the Motion was due by July 26, 2023, within 28 days of service of the Motion.  (See Dkt. No. 11.)

More than two weeks have passed since Petitioner's deadline to file an Opposition to Respondent's Motion to Dismiss.  Petitioner is advised that pursuant to Local Rule 7-12, failure to file required papers may be deemed consent to the granting of the Motion.  **Petitioner is further advised that failure to file an Opposition to the Motion to Dismiss may result in the dismissal of this action with prejudice.  In the absence of any Opposition by the Petitioner, the action may also be subject to dismissal for failure to**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    2:22-cv-07025-JWH-AJR                              Date:  August 10, 2023
                                                               Page 2 of 2

Title:    Michael Robinson v. CSAT-F State Prison at Corcoran, et. al.

**prosecute pursuant to Federal Rule of Civil Procedure 41(b).**  Petitioner is ordered to file an Opposition, if any, by **August 31, 2023**.

    IT IS SO ORDERED.