# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBINSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CSAT-F STATE PRISON AT CORCORAN, ET AL.,<br><br>　　　　　Respondent. | Case No. 2:22-cv-07025-JWH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

1  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
2  records and files herein, and the Report and Recommendation of the United States
3  Magistrate Judge. The time for filing Objections to the Report and
4  Recommendation has passed and no Objections have been received. Accordingly,
5  the Court **ACCEPTS** and **ADOPTS** the findings, conclusions, and
6  recommendations of the Magistrate Judge. It is hereby **ORDERED** that Judgment
7  shall be entered **GRANTING** Respondent's Motion to Dismiss and **DISMISSING**
8  the Petition **with prejudice**.
9  **IT IS SO ORDERED.**

11  DATED:  March 4, 2024

                                    _____
                                    HON. JOHN W. HOLCOMB
                                    UNITED STATES DISTRICT JUDGE