JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBINSON,<br><br>               Petitioner,<br><br>   v.<br><br>CSAT-F STATE PRISON AT CORCORAN, ET AL.,<br><br>               Respondent. | Case No. 2:22-cv-07025-JWH-AJR<br><br>**JUDGMENT** |

1 | Pursuant to the Court's Order Accepting Findings, Conclusions, and
2 | Recommendations of United States Magistrate Judge,
3 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is
4 | **DISMISSED with prejudice**.
5 | **IT IS SO ORDERED.**

7 | DATED: Mach 4, 2024

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2